UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CLIFFORD ETADAFIMUE #A208-932-947** | **CASE NO. 1:25-CV-00282 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **KRISTI NOEM, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 2), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

Additionally, the Court notes the copy of the report and recommendation mailed July 11, 2025 to Mr. Clifford Etadafimue at La Salle ICE Processing Center was marked as Return to Sender-Refused-Unable to forward, and returned to the Clerk of Court on July 21, 2025, but no correction to Defendant's address has been received by the Court. This is another reason for dismissal. Accordingly,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this __6th__ day of August 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT